UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

KALANI SAYURI UEHARA,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

Case No. 2:25-cv-09153-FLA

**ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT DISMISS ACTION FOR LACK OF PROSECUTION**

Plaintiff Kalani Sayuri Uehara ("Plaintiff"), proceeding *pro se*, filed her Motion to Vacate, Set Aside, or Correct Sentence ("Motion") on September 12, 2025.  Dkt. 1. The court struck the Motion on September 26, 2025, as Plaintiff failed to maintain personal contact information.  Plaintiff has not filed a renewed motion.

Accordingly, the court ORDERS Plaintiff to show cause ("OSC"), in writing within thirty (30) days of this order, why the court should not dismiss this action for lack of prosecution.  *See* Fed. R. Civ. P. 41(b) (the court may dismiss an action or claim for failure to prosecute).  Failure to respond timely may result in dismissal of this action without further notice.

IT IS SO ORDERED.

Dated: February 17, 2026

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

2